**JACOBS**

Subject: TREEHOUSE   Project: COCO STRUCTURE
Sheet No. 1 of ___
Authored by JB   Date 2/1/19   Checked by JB/BO   Date 2/3/19

LOADS:

   Live Load: 40 PSF
   Dead Load: STRUCTURAL WOOD
   Snow: 25 PSF (Ground Snow)
   Wind: 115 mph, Exposure B

CALCULATE WEIGHT (DL):

Roof: (10'-3" × 8'-6") ≈ 87.12
   USE 88 S.F.
   DL Roof = 88 × 10 PSF = 880 #
   Dormers = ADD 50 # EA. = 100
                                       980 #
                                           = SAY 1000 #

WALLS: 1 × 6.3' × [9.3 + 8.3 + 9.3 + 8.3] × 10 PSF
                                           = 2217 #

Floor: 9.3 × 8.3 × 10 PSF = 772 #
                                              3988.9 #
                   TOTAL WT = SAY 4000 #
                   (THIS IS CONSERVATIVE)

GRAVITY LOAD TO EA. LEG SUPPORT = 1000 #

WIND: ≈ Pressure = 21 PSF
                                           ×1.2
    BASED ON 115 Mph     ~~DL = 1200 #~~

**JACOBS**

Subject: TREEHOUSE  Project: CALCS-STRUCTURE
Sheet No. 2 of ___
Authored by JB  Date 2/1/19  Checked by BO  Date 2/3/19

## LEG SUPPORT:

$$\frac{1000^{\#}}{7.3'} = 137 \text{ plf} \times 1.2 = 165 \text{ plf}$$

7.3'
4.0'
4.5'
(976#)
5.25'
6.05'
5.7'

(4) ½ × 12 LAG BOLTS

↓ 274# + (1000#) Total Shear

## DIAG: 4×6 (3.5 × 5.5) = 19.25 in²

976#
4×6
6.05'
← 976# (+274#)

[ SEE S-7 CALCS ]

## CHECK LAG BOLTS:   ½"ϕ × 12"

SHEAR CAP. = 624#

(4) × 624# = 2496 / √1000 = 2.5   ok 2.5 SAFETY
                      1000     2.4  FACTOR (Shear)
                                    ok
                               1.5  ok

S-1

# Supplemental Calcs:

7.3'

4'

$(2)(137) = 274^{\#}$

$R_U = 726$

$\Sigma F_V = 0$

$R_V = 1000 - 274 = 726^{\#}$

4.5   6.05

$\dfrac{4.5}{726} \times \dfrac{6.05}{x} \quad \therefore \quad x = \dfrac{(6.05)(726)}{4.5}$

$x = 976^{\#}$

## Horizontal Arm:

w = 137 PLF

$M_1 = 220$

3.3'   4'

$M_2 = 746 \text{ F-\#}$

$M_1 = \dfrac{w}{8\ell^2}(l+a)^2(l-a)^2 = \dfrac{137}{8(4)}(4+3.3)^2(4-3.3)^2 = 220 \text{ F-\#}$

$M_2 = \dfrac{wa^2}{2} = \dfrac{137(3.3)^2}{2} = 746 \text{ F-\#}$

Beam

S-2

$M = 746^{\text{ft-#}}$

$S = (4 \times 6) = 17.646 \text{ in}^3$
$I = 48.52 \text{ in}^4$
$A = 19.25 \text{ in}^2$

Use Allow. Stress = 975 ($F_b$)   Timbers

$F_b = M/s = \dfrac{746(12)}{17.646} = 507.28 \text{ psi} < 975$ ok

Simple Sawn Col:

$L_e = 0.8 L = 0.8 \times 6.05' = 4.84'$

$\dfrac{L_e}{d} = \dfrac{4.84(12)}{3.5} = 16.5 < 50$ ok

$F_{ce} = \dfrac{0.3 E}{(L_e/d)^2} = \dfrac{0.3(1,300,000)}{(16.5)^2} = 1432 \text{ #/in}^2$

$\dfrac{F_{ce}}{F_c} = \dfrac{1432}{1121} = 1.27$

$F_c = 975 \times 1.15 = 1121 \text{ #/in}^2$

$F'_c = 1121 \left[ \overset{1.42}{\dfrac{1 + 1.27}{2 \times .8}} - \sqrt{\left(\dfrac{1+1.27}{2 \times .8}\right)^2 - \overset{.65}{\dfrac{1.27}{.8}}} \right]$

$= 857 \text{ #/in}^2$

$P_{\text{Allow}} = 857 \times 19.25 = 16,510^{\text{#}}$ << 976 #

ok

**LAYOUT**







4 OCEAN Ln