

Via Electronic Case Filing Only

August 26, 2019

Hon. Judge Gary R. Brown
100 Federal Plaza
Courtroom 840
Central Islip, NY 11722-9014

    **Re:**    Requesting Order allowing use of video camera during deposition;

           *John Lepper et al* v. *Village of Babylon et al*, **2:18–cv–07011 RRM-GRB**;

Hon. Judge Brown:

    Plaintiff respectfully requests that Your Honor so Order this letter allowing a Sony HD AVC HD Handycam H.2 Mega Pixels HDR-CX-JOG to be allowed into the Eastern District of the United States, United States District Court on September 4, 2019, for the deposition of Defendant Stephen Fellman (to begin on or about 10:00 AM) as was done in *MacFarlane v. Suffolk County et al,* 2-10-cv-02877 (JFB) (ARL), D.E. 119 and *McDevitt v. Suffolk* County, 2:16-cv-4164 (JFB)(AKT), see also *Warren v. Castella Imports*, 2-18-cv-04740 (SJF)(ARL).

    We thank the Court for its kind consideration. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

                                                    Respectfully Submitted,

                                                    CORY H. MORRIS

    cc:    Eric P. Tosca, Esq. (via electronic case filing only)

---

*Please note our new Address*    135 Pinelawn Road, Suite 250s, Melville, NY 11747

Please send all mail to:

TEL: 631.450.2515 | FAX: 631.223.7377 | WEB: coryhmorris.com | EMAIL: info@coryhmorris.com

515 East Las Olas Boulevard, Suite 120 • Fort Lauderdale, FL 33301   *By appointment only*