

**LAW OFFICES OF CORY H. MORRIS**
ATTORNEY & COUNSELOR AT LAW

# Via Electronic Case Filing

January 24, 2020

Hon. Roslynn R. Mauskopf, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    re   *Lepper et al.* v. *Village of Babylon et al.*        **2:18-cv-07011-RRM-AYS**

Dear Judge Mauskopf:

As attorneys for the Plaintiffs John Lepper and Noelle Lepper, we are notifying you that in accordance with your Local Rules we have herewith served Counsel for Defendants by electronic mail with the Notice of Motion, Affirmation of Plaintiffs' Attorney Cory H. Morris, and Plaintiffs' Memorandum of law.

Subject to Court Approval, Plaintiff proposes the briefing schedule:

- January 24, 2020: Plaintiffs served their Notice of Motion, Affirmation of Plaintiffs' Attorney, and Plaintiffs Memorandum of Law upon Counsel for Defendants by electronic mail.
- February 13, 2020: Defendants to serve their response by electronic mail.
- February 26, 2020: Plaintiffs to serve their Reply.
- February 28, 2020: Plaintiffs to file the bundled motion on ECF in accordance with this Court's Local Rule 6 and provide your Chambers with a full set of courtesy copies of the motion papers.

Thank you very much for your consideration.

Respectfully Submitted,

THE LAW OFFICE OF CORY H. MORRIS
*Attorneys for Plaintiffs*

To: Eric Tosca, Esq.
(*via electronic mail*)

135 Pinelawn Road, Suite 250s, Melville NY 11747

TEL: 631.450.2515 | FAX: 631.223.7377 | WEB: coryhmorris.com | EMAIL: info@coryhmorris.com