UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOHN LEPPER and NOELLE LEPPER, individually
and as parents and natural guardians of their infant
children, B.J.L. and B.I.,

                                 Plaintiffs,

    -against-

VILLAGE OF BABYLON; and, RALPH SCORDINO, Mayor, KEVIN MULDOWNEY, Deputy Mayor, ROBYN SILVESTRI, Village Trustee, TONY DAVIDA, Village Trustee, MARY ADAMS, Village Trustee; STEPHEN FELLMAN, Village of Babylon Building Inspector; SUZANNE SCHETTINO, Department of Public Works; GERARD GLASS, Esq., Village of Babylon Attorney; DEBORAH LONGO, Planning Board, Village of Babylon, each individually and in their official capacity, and John and/or Jane Doe, unnamed, unidentified complainants,

                                 Defendants.
-------------------------------------------------------------------x

Index No. 2:18-cv-07011

**SUGGESTION OF DEATH UPON THE RECORD**

       Defendants VILLAGE OF BABYLON, Mary Adams, Mayor, KEVIN MULDOWNEY, ROBYN SILVESTRI, Village Trustee, TONY DAVIDA, Village Trustee; STEPHEN FELLMAN, Village of Babylon Building Inspector; SUZANNE SCHETTINO, Department of Public Works; GERARD GLASS, Esq., Village of Babylon Attorney; DEBORAH LONGO, suggest upon the record, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1), the death of Ralph Scordino during the pendency of this action.

                                                   Respectfully submitted,

                                                   KELLY, RODE & KELLY, LLP

                        BY:   *Eric P. Tosca*
                                ERIC P. TOSCA
                                Attorneys for Defendants
                                VILLAGE OF BABYLON, MARY

        ADAMS, Mayor, KEVIN MULDOWNEY, ROBYN SILVESTRI, Village Trustee, TONY DAVIDA, Village Trustee; STEPHEN FELLMAN, Village of Babylon Building Inspector; SUZANNE SCHETTINO, Department of Public Works; GERARD GLASS, Esq., Village of Babylon Attorney; DEBORAH LONGO
330 Old Country Road
Suite 305
Mineola, New York 11501
(516) 739-0400
Our File No.:  PDG/EPT/CMG 148530-752

TO: LAW OFFICES OF CORY H. MORRIS
      Attorneys for Plaintiffs
      33 Walt Whitman Road
      Suite 310
      Dix Hills, New York 11746
      (631) 450-2515