John D. Kelly (1921-2000)
John Kenneth Rode (retired 2003)
Shawn P. Kelly
George J. Wilson
Loris Zeppieri
Kevin E. Way
Edward J. Kelly
Peter D. Garone
Brian M. Dunphy
Hilary M. Wissemann
Anita A. Ajiboye
Christopher M. Abiuso
Mahe-noor Baig
Evan J. Becker
Emma E. Browning
Jessica A. Crimi
Samantha L. DeSousa
Evan B. Feuerstein
Shannon E. Fillmore
Brian P. Flynn
Marili D. Gelardi
Christine M. Gibbons
Jerel T. Greenidge

# Kelly, Rode & Kelly, LLP

Counsellors at Law

330 Old Country Road

Suite 305

Mineola, New York 11501

Tel. 516-739-0400 Fax 516-739-0434

Email info@krklaw.com

218 Griffing Avenue

Riverhead, New York 11904

ESTABLISHED IN 1956

Christina M. Gutierrez
Andrew D. Hallerman
Louis B. Imbroto
Karena K. Ioannou
Mary J. Joseph
Gunjan Kishore
Stephen F. Kusnetz
Rachel M. Mahoney
Laurence G. McDonnell
Patrick J. McGrath
John S. Meade IV
Ashley M. Pappas
Christopher J. Pedraita
Jennifer Prusiecki
Shikha M. Pursnani
Debra E. Ruderman
Tamir Saland
Steve K.F. Scott
Brian L. Smith
Eric P. Tosca

Firm Administrator
Thomas G. Schumm

December 28, 2020

Honorable Joan M. Azrack, U.S.D.J.
United States District Court: Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    Lepper v. Village of Babylon, et al.
>        Case No.: 2:18-CV-07011
>        Our File No.: PDG/EPT 148530-752

Dear Honorable Judge Azrack:

In reply to plaintiffs' counsel's letter of December 18, which recites the pending applications before this Honorable Court, we do not agree that discovery on liability and damages cannot be finalized. Plaintiffs in short summary attempt to characterize the nature of the motions or frame the issue before this Honorable Court. While we agree that the motions should be addressed by this Honorable Court, the motions have been briefed, speak for themselves and the arguments on the motion to dismiss the complaint are laid out for consideration before this Honorable Court.

Plaintiffs' counsel's reference to a code section regarding a playground or gym under ninety square feet is not applicable as explained in the motion to dismiss. Nonetheless, we ascertained during the inspection of the tree house that plaintiffs' alleged measurements were inaccurate. We can submit an affidavit by professional engineer Mr. Danatzko explaining that the

dimension of the tree house exceeds ninety square feet, and plaintiffs' allegations that the tree house is under ninety square feet are incorrect, rendering the subject tree house subject to the permit requirement even if plaintiffs seek to rely on that section of the code.

Despite the implication in plaintiffs' counsel's letter of December 18, the statement and calculations offered by Mr. Brown in discussing a temporary stay pending this litigation was not an expert report/exchange.  We reiterate our request for a virtual conference by this Honorable Court to discuss a schedule for outstanding discovery.

Respectfully submitted,

KELLY, RODE & KELLY, LLP

BY: _____*Eric P. Tosca*_____
            Eric P. Tosca

EPT:jl