John D. Kelly (1921-2000)
John Kenneth Rode (retired 2003)
Shawn P. Kelly
George J. Wilson
Loris Zeppieri
Kevin E. Way
Edward J. Kelly
Peter D. Garone
Brian M. Dunphy
Hilary M. Wissemann
Christopher M. Abiuso
Mahe-Noor Baig
Evan J. Becker
Emma E. Browning
Jessica A. Crimi
Samantha L. DeSousa
Evan B. Feuerstein
Shannon E. Fillmore
Brian P. Flynn
Marili D. Gelardi
Christine M. Gibbons

**Kelly, Rode & Kelly, LLP**
Counsellors at Law
330 Old Country Road
Suite 305
Mineola, New York 11501
Tel. 516-739-0400  Fax 516-739-0434
Email info@krklaw.com
218 Griffing Avenue
Riverhead, New York 11904
ESTABLISHED IN 1956

Jerel T. Greenidge
Christina M. Gutierrez
Andrew D. Hallerman
Louis B. Imbroto
Karena K. Ioannou
Mary J. Joseph
Gunjan Kishore
Stephen F. Kusnetz
Rachel M. Mahoney
Laurence G. McDonnell
John S. Meade IV
Ashley M. Pappas
Christopher J. Pedraita
Jennifer Prusiecki
Debra E. Ruderman
Tamir Saland
Steve K.F. Scott
Brian L. Smith
Eric P. Tosca

Firm Administrator
Thomas G. Schumm

March 26, 2021

Honorable Judge Anne Y. Shields, U.S.M.J.
United States District Court: Eastern District
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722
Courtroom 830

        Re: Lepper v. Village of Babylon, et al.
           Case No.: 2:18-CV-07011
           Our File No.: PDG/EPT 148530-752

Dear Honorable Judge Shields:

  In reply to the response letter to defendants' demand for videos taken by or on behalf of the plaintiffs, we note that the objection from the plaintiffs is that we have not asked for the videos before. They do not assert that video was not taken at the depositions and the inspections. They contend that the request is "newfound" and that the videos had not been discussed in conference among counsel. However, the demand for videos was previously discussed and was previously made. Attached as Exhibit 1 (page 2, third full paragraph down) is defendants' letter dated December 17, 2020 to Honorable Judge Azrack, wherein we reference the videos as outstanding, which were discussed at the meet and confer preceding the letter detailing outstanding discovery.

  We reserve our right to object to the videos as evidentiary material, but we respectfully submit that we have a right to review them. Plaintiff's counsel categorizing the videos as attorney notes is perplexing. The videos were taken of the witnesses and at the site inspection in public

view. That defendants chose not to order a professional videographer or that plaintiffs want a resolution of the case and will not move for any further relief regarding discovery or summary judgment is not relevant to the defendants' demands. The defendants seek a disposition of the case also and intend to move for summary judgment. Nonetheless, entitlement to disclosure of the videos is the issue at hand.

      Thank you for your good attention to this matter.

                                              Respectfully submitted,

                                              KELLY, RODE & KELLY, LLP

                                 BY: _____*Eric P. Tosca*_____
                                                 Eric P. Tosca

EPT:jl
Enc.
cc:    Via ECF
       LAW OFFICES OF CORY H. MORRIS
       Attorneys for Plaintiffs
       33 Walt Whitman Road
       Suite 310
       Dix Hills, New York 11746
       (631) 450-2515