John D. Kelly (1921-2000)
John Kenneth Rode (retired 2003)
Shawn P. Kelly
George J. Wilson
Loris Zeppieri
Kevin E. Way
Edward J. Kelly
Peter D. Garone
Brian M. Dunphy
Hilary M. Wissemann
Christoper M. Abiuso
Mahe-Noor Baig
Evan J. Becker
Emma E. Browning
Jessica A. Crimi
Samantha L. DeSousa
Evan B. Feuerstein
Shannon E. Fillmore
Brian P. Flynn
Marili D. Gelardi
Christine M. Gibbons

**Kelly, Rode & Kelly, LLP**
Counsellors at Law
330 Old Country Road
Suite 305
Mineola, New York 11501
Tel. 516-739-0400  Fax 516-739-0434
Email info@krklaw.com
218 Griffing Avenue
Riverhead, New York 11904
ESTABLISHED IN 1956

Jerel T. Greenidge
Christina M. Gutierrez
Andrew D. Hallerman
Louis B. Imbroto
Karena K. Ioannou
Mary J. Joseph
Gunjan Kishore
Stephen F. Kusnetz
Rachel M. Mahoney
Laurence G. McDonnell
John S. Meade IV
Ashley M. Pappas
Christopher J. Pedraita
Jennifer Prusiecki
Debra E. Ruderman
Tamir Saland
Steve K.F. Scott
Brian L. Smith
Eric P. Tosca

Firm Administrator
Thomas G. Schumm

March 30, 2021

Via ECF
Honorable Joan M. Azrack, U.S.D.J.
United States District Court: Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:     Lepper v. Village of Babylon, et al.
                  Case No.: 2:18-CV-07011
                  Our File No.: PDG/EPT 148530-752

Dear Honorable Judge Azrack:

      In following with this Court's Order dated March 19, 2021 for a briefing schedule by April 2, 2021, we respectfully request whether the court order dated January 14, 2021 staying motions regarding the complaint originally filed under Docket No. 2:21-cv-00014 is still in effect, or if dispositive motions regarding the complaint originally filed under Docket No. 2:21-cv-00014 may be included in the briefing schedule**.**

      We also request guidance as to whether discovery on the complaint connected with the complaint filed under Docket No. 2:21-cv-00014 should proceed before motions are decided.

      Plaintiff filed a "consolidated complaint" (E.D. #105) without leave of court to amend any of the prior complaints.   We request permission to strike this consolidated complaint in line with our request for a pre-motion conference (E.D. #107).

Thank you for your good attention to this matter.

Respectfully submitted,

KELLY, RODE & KELLY, LLP

BY: _____*Eric P. Tosca*_____
Eric P. Tosca

EPT:jl

cc: Via ECF
LAW OFFICES OF CORY H. MORRIS
Attorneys for Plaintiffs
33 Walt Whitman Road
Suite 310
Dix Hills, New York 11746
(631) 450-2515