EXHIBIT "2"

# Eric P. Tosca

| | |
|---|---|
| **From:** | Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com> |
| **Sent:** | Thursday, July 22, 2021 12:21 PM |
| **To:** | Eric P. Tosca |
| **Subject:** | RE: Lepper |
| **Attachments:** | X_43 Glass Deposition v.pdf; X_41 _ Stephene Fellman v.pdf; X_44_Lepper_Affidavit_ 20210716.pdf; X_46_20200618_Newsday - Gerard Glass.pdf; X_45_John Lepper Affidavit_ 20210621.pdf; X_47_Reppetto treehouse.pdf; X_42 Noelle Lepper Deposition v.pdf |

*This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.*

Sent with ProtonMail Secure Email.

-------- Original Message --------
On Thursday, July 22nd, 2021 at 10:38 AM, Eric P. Tosca <eptosca@krklaw.com> wrote:

> We still do not have the CD. Please email me your opposition with exhibits. Thank you.
>
> **From:** Eric P. Tosca
> **Sent:** Wednesday, July 21, 2021 11:27 PM
> **To:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Subject:** RE: Lepper
>
> When did you mail it? I still need hard copies to file with the court.
>
> **From:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Sent:** Wednesday, July 21, 2021 10:46 PM
> **To:** Eric P. Tosca <eptosca@krklaw.com>
> **Subject:** Re: Lepper
>
> You should have a compact disc with all the files electronically, in industry standard PDF format.
>
> Sent from ProtonMail mobile

1

-------- Original Message --------
On Jul 21, 2021, 12:35 PM, Eric P. Tosca < eptosca@krklaw.com> wrote:

Please let me know if you have served opposition to the summary judgment motion. We do not have your two hard copies or PDF version yet.

Thank you.

# Eric P. Tosca

| | |
|---|---|
| **From:** | Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com> |
| **Sent:** | Thursday, July 22, 2021 12:22 PM |
| **To:** | Eric P. Tosca |
| **Subject:** | RE: Lepper |
| **Attachments:** | X_38_20190109_Stipulation Extending time to Answer the Amended Complaint-RV.pdf; X_31_20200618 _ Newsday_63 Wyandanch.pdf; X_37 _ Deposition of Mayor Scordino v.pdf; X_36 Deposition of Longo v.pdf; X_28 Davida _ Deposition v.pdf; X_34_20210706 _ Court Minutes JSC Pastoressa.pdf; X_33_20180904_Village Court Minutes.pdf; X_35 _Affidavit of Charlie Lepper.pdf; X_32_20180814_Village Court Minutes.pdf; X_30_ 20181116_Litigation Hold.pdf; X_29_171_Peninsula Drive.pdf; X_39_50 South Carl Ave.pdf |

*This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.*

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 22nd, 2021 at 10:38 AM, Eric P. Tosca <eptosca@krklaw.com> wrote:

> We still do not have the CD.  Please email me your opposition with exhibits.  Thank you.
>
> **From:** Eric P. Tosca
> **Sent:** Wednesday, July 21, 2021 11:27 PM
> **To:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Subject:** RE: Lepper
>
> When did you mail it?   I still need hard copies to file with the court.
>
> **From:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Sent:** Wednesday, July 21, 2021 10:46 PM
> **To:** Eric P. Tosca <eptosca@krklaw.com>
> **Subject:** Re: Lepper

1

You should have a compact disc with all the files electronically, in industry standard PDF format.

Sent from ProtonMail mobile

-------- Original Message --------
On Jul 21, 2021, 12:35 PM, Eric P. Tosca < eptosca@krklaw.com> wrote:

> Please let me know if you have served opposition to the summary judgment motion. We do not have your two hard copies or PDF version yet.
>
> Thank you.

2

# Eric P. Tosca

| | |
|---|---|
| **From:** | Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com> |
| **Sent:** | Thursday, July 22, 2021 12:22 PM |
| **To:** | Eric P. Tosca |
| **Subject:** | RE: Lepper |
| **Attachments:** | X_2_20180510_Fellman notice.pdf; X_3_20180517_Pltf Building Permit Application.pdf; X_4_20180521_Lepper Permit Application.pdf; X_7_ JAMES BROWN LEtter.pdf; X_1_ 20161118_ Bauldauf Treehouse.pdf; X_5_20181119_propLine_Wampum.pdf; X_6_ 20181119_propLine_closeup.pdf; X_8 _ JAMES BROWN Notes.pdf |

***This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.***

Sent with ProtonMail Secure Email.

-------- Original Message --------
On Thursday, July 22nd, 2021 at 10:38 AM, Eric P. Tosca <eptosca@krklaw.com> wrote:

> We still do not have the CD. Please email me your opposition with exhibits. Thank you.
>
> **From:** Eric P. Tosca
> **Sent:** Wednesday, July 21, 2021 11:27 PM
> **To:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Subject:** RE: Lepper
>
> When did you mail it? I still need hard copies to file with the court.
>
> **From:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Sent:** Wednesday, July 21, 2021 10:46 PM
> **To:** Eric P. Tosca <eptosca@krklaw.com>
> **Subject:** Re: Lepper
>
> You should have a compact disc with all the files electronically, in industry standard PDF format.

1

Sent from ProtonMail mobile

-------- Original Message --------
On Jul 21, 2021, 12:35 PM, Eric P. Tosca < eptosca@krklaw.com> wrote:

Please let me know if you have served opposition to the summary judgment motion.  We do not have your two hard copies  or PDF version yet.

Thank you.

# Eric P. Tosca

| | |
|---|---|
| **From:** | Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com> |
| **Sent:** | Thursday, July 22, 2021 12:25 PM |
| **To:** | Eric P. Tosca |
| **Subject:** | RE: Lepper |
| **Attachments:** | CHM_Declaration_ FINAL.pdf; Lepper - 56-1_Response.pdf; Lepper MOL_FINAL.pdf; X_40 John Lepper Deposition v.zip |

See enclosed.

*This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.*

Sent with ProtonMail Secure Email.

-------- Original Message --------
On Thursday, July 22nd, 2021 at 10:38 AM, Eric P. Tosca <eptosca@krklaw.com> wrote:

> We still do not have the CD.  Please email me your opposition with exhibits.  Thank you.
>
> **From:** Eric P. Tosca
> **Sent:** Wednesday, July 21, 2021 11:27 PM
> **To:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Subject:** RE: Lepper
>
> When did you mail it?   I still need hard copies to file with the court.
>
> **From:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Sent:** Wednesday, July 21, 2021 10:46 PM
> **To:** Eric P. Tosca <eptosca@krklaw.com>
> **Subject:** Re: Lepper
>
> You should have a compact disc with all the files electronically, in industry standard PDF format.
>
> Sent from ProtonMail mobile

1

-------- Original Message --------
On Jul 21, 2021, 12:35 PM, Eric P. Tosca < eptosca@krklaw.com> wrote:

Please let me know if you have served opposition to the summary judgment motion. We do not have your two hard copies or PDF version yet.

Thank you.

## Eric P. Tosca

| | |
|---|---|
| **From:** | Eric P. Tosca |
| **Sent:** | Thursday, July 22, 2021 12:27 PM |
| **To:** | Jennifer LoMonaco |
| **Subject:** | FW: Lepper |
| **Attachments:** | X_2_20180510_Fellman notice.pdf; X_3_20180517_Pltf Building Permit Application.pdf; X_4_20180521_Lepper Permit Application.pdf; X_7_ JAMES BROWN LEtter.pdf; X_1_20161118_ Bauldauf Treehouse.pdf; X_5_20181119_propLine_Wampum.pdf; X_6_20181119_propLine_closeup.pdf; X_8 _ JAMES BROWN Notes.pdf |

**From:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
**Sent:** Thursday, July 22, 2021 12:22 PM
**To:** Eric P. Tosca <eptosca@krklaw.com>
**Subject:** RE: Lepper

*This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.*

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 22nd, 2021 at 10:38 AM, Eric P. Tosca <eptosca@krklaw.com> wrote:

> We still do not have the CD. Please email me your opposition with exhibits. Thank you.
>
> **From:** Eric P. Tosca
> **Sent:** Wednesday, July 21, 2021 11:27 PM
> **To:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Subject:** RE: Lepper
>
> When did you mail it? I still need hard copies to file with the court.
>
> **From:** Cory H. Morris, Attorney <Cory.H.Morris@protonmail.com>
> **Sent:** Wednesday, July 21, 2021 10:46 PM
> **To:** Eric P. Tosca <eptosca@krklaw.com>
> **Subject:** Re: Lepper

1

You should have a compact disc with all the files electronically, in industry standard PDF format.

Sent from ProtonMail mobile

-------- Original Message --------
On Jul 21, 2021, 12:35 PM, Eric P. Tosca < eptosca@krklaw.com> wrote:

> Please let me know if you have served opposition to the summary judgment motion.  We do not have your two hard copies  or PDF version yet.
>
> Thank you.

2