2:18–cv–07011-JMA-AYS | 2:21-cv-00014-JMA-AYS

# United States District Court
## Eastern District of New York

**JOHN LEPPER** and **NOELLE LEPPER**, individually and as parents and natural guardians of their infant children, **B.J.L**. and **B.I**.; and

**JOHN LEPPER,** individually and, as a resident taxpayer of the Incorporated Village of Babylon, on behalf of all those other resident taxpayers of the Incorporated Village of Babylon so unfortunate as to be similarly afflicted and suffering economic damage as a result of the expenditure of Village funds for the inappropriate and improper defense of individual village officials engaged in the persecution of John Lepper for providing a treehouse in which his infant children might play,

*Plaintiffs*

–against–

**VILLAGE OF BABYLON;**
**THE ESTATE OF RALPH SCORDINO**, former Mayor, Village of Babylon, by its Legal Representative John and/or Jane Doe; **MARY ADAMS**, former Village Trustee and now Mayor; **KEVIN MULDOWNEY**, Deputy Mayor, **ROBYN SILVESTRI**, Village Trustee, **TONY DAVIDA**, Village Trustee, **STEPHEN FELLMAN**, Village of Babylon Building Inspector; **SUZANNE SCHETTINO**, Department of Public Works; **GERARD GLASS**, Esq., Village of Babylon Attorney; **DEBORAH LONGO**, Planning Board, Village of Babylon,

*Defendants*

## NOTICE OF APPEAL

LAW OFFICES OF CORY H. MORRIS
*Attorney for Plaintiffs*
VICTOR JOHN YANNACONE, JR., *of counsel*

Notice is hereby given that Plaintiffs JOHN LEPPER and NOELLE LEPPER, individually and as parents and natural guardians of their infant children, B.J.L. and B.I.; and JOHN LEPPER appeals to the United States Court of Appeals for the Second Circuit from the March 29, 2022 Electronic Case Filing Judgment (Docket Entry Document # 131) granting in all respects the motion for summary judgment of Defendants and dismissing Plaintiffs' Complaint as to all defendants, from each and every part of said Judgment, and all interlocutory and subsidiary Orders, as well as from the whole thereof.

DATED AT   Melville, New York
April 28, 2022

*/S/*

CORY H. MORRIS (CM 5225)
THE LAW OFFICES OF CORY H. MORRIS
*Attorney for the Plaintiff*
135 Pinelawn Road, Suite 250s
Melville NY 11747
Phone: (631) 450–2515
FAX: (631) 223–7377
Email: Cory.H.Morris@protonmail.com

VICTOR JOHN YANNACONE, JR., (VY6405)
*of counsel*
Phone: (631) 475–0231
Email: barrister@yannalaw.com

To:  ERIC TOSCA, Esq.
KELLY RODE AND KELLY
*Attorneys for the Defendants*
330 Old Country Road
Mineola, NY 11580

2

G<span></span>ERARD G<span></span>LASS, Esq.
*Babylon Village Attorney*
153 West Main Street
Babylon, New York 11702